# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM JOHNSON**                                                                                            **PLAINTIFF**

v.                                   Case No. 4:20-cv-00471-KGB

**DESHAWN JONES PARTNERSHIP, LLC**
**and BEN JONES**                                                                                           **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 13). Plaintiff Adam Johnson brought this action against defendants Deshawn Jones Partnership, LLC and Ben Jones ("defendants") alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.* (Dkt. No. 1).

The parties stipulate that this matter should be dismissed with prejudice, with each party to bear its own fees and costs (Dkt. No. 13, ¶ 5). All parties have signed the stipulation (*Id.*, ¶ 3). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Based on the authorities cited by the parties, the Court agrees that court review of the parties' settlement agreement is unnecessary, as (1) this lawsuit is not a collective action; (2) Mr. Johnson was represented by counsel throughout the course of this action; and (3) all parties have represented to the Court that they desire to keep their settlement agreement confidential and would prefer that the Court not conduct a reasonableness review.

For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 13). The action is dismissed with prejudice, and each party will bear its own fees and costs. As this case has been settled, it is removed from the trial calendar for the week of October 25, 2021 (Dkt. No. 11).

It is so ordered this 20th of October, 2021.

_____
Kristine G. Baker
United States District Judge